October 15, 2015



# JUDGMENT

## The Fourteenth Court of Appeals

HOUSTON METHODIST SAN JACINTO HOSPITAL, Appellant

NO. 14-14-00201-CV                    V.

TERI FORD, Appellee

_____

This cause, an appeal from the judgment in favor of appellee, Teri Ford, signed March 6, 2014, was heard on the transcript of the record. We have inspected the record and find the evidence legally insufficient to support the judgment. We therefore order the judgment of the court below **REVERSED** and **RENDER** judgment that appellee take nothing.

We further order that all costs incurred by reason of this appeal be paid by appellee.

We further order this decision certified below for observance.